**Motion Granted and Order filed March 26, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00154-CV

_____

**IN RE DOJO BAY HOUSE, LLC, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-60692**

## ORDER

On March 23, 2021, relator, Dojo Bay House, LLC ("Dojo") filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Dojo asks this Court to order the Honorable Mike Engelhart, Judge of the 151st District Court, Harris County, Texas, to set aside his order granting the motion to strike Dojo's amended petition filed by real parties in interest Hoover Slovacek, LLP ("HS") and Patrick Drake ("Drake") or his order denying Dojo's motion to consolidate.

Contemporaneously with its petition for writ of mandamus, Dojo filed an

emergency motion for temporary relief. *See* Tex. R. App. P. 52.10. Tomball's motion asks that this court stay the trial, which is set for April 5, 2021. Dojo certified that HS and Drake are unopposed to the relief requested in the motion.

It appears from the facts stated in the petition that Dojo's request for relief requires further consideration and that Dojo will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10. Therefore, Dojo's emergency motion is granted, and the trial is stayed. This order is effective until final decision by this court of Dojo's petition for writ of mandamus, or until further order of this court. *See* Tex. R. App. P. 52.10(b).

The court requests a response from HS and Drake to Dojo's petition for writ of mandamus. The response is due on or before **Monday, April 5, 2021**.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.